### L. A. STITES v. STATE.

No. A-6885. Opinion Filed Oct. 5, 1929.
(281 Pac. 1118.)

Lewis Hunter, for plaintiff in error.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Comanche county on a charge of having the unlawful possession of intoxicating liquor, and was sentenced to pay a fine of $200 and to serve 120 days in the county jail.

No brief in support of the appeal have been filed. An examination of the record discloses no jurisdictional nor fundamental error.

The case is affirmed.